1 | Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
2 | Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
3 | 2033 Gateway Place, 5th Floor
San Jose, California 95110
4 | Telephone: (408) 279-2288
Facsimile: (408) 279-2299
5 |
Attorneys for Plaintiff
6 |

7 |

8 |
UNITED STATES DISTRICT COURT
9 |
NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
10 |

11 |

SHIRLEY PRUITT,

Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,

Defendants.

Federal Case No.: 5:16-CV-02165-LHK

**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER**

18 | **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

19 |        IT IS HEREBY STIPULATED by and between plaintiff Shirley Pruitt and defendant

20 | Equifax, Inc., that Equifax, Inc. be dismissed from this action with prejudice pursuant to Federal

21 | Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees

22 | and costs.

23 | //

24 | //

25 | //

26 | //

27 | //

28 | //

STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER

1    DATED:  June 28, 2016                    Sagaria Law, P.C.

2                                             By:    _/s/ Elliot W. Gale_____

3                                                    Elliot W. Gale
                                              Attorneys for Plaintiff
4                                             Shirley Pruitt

5

6    DATED:  June 28, 2016                    Nokes & Quinn

7

8                                             By:    _/s/Thomas P. Quinn, Jr._____

9                                                    Thomas P. Quinn, Jr.
                                              Attorneys for Defendant
10                                            Equifax, Inc.

11

12   I, Elliot Gale, am the ECF user whose identification and password are being used to file this

     Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

13   _/s/ Elliot Gale_

14

15                                    **[PROPOSED] ORDER**

16        Pursuant to the stipulation of the Parties, Equifax, Inc. is dismissed with prejudice.

17        IT IS SO ORDERED.

18

19   DATED:_____     _____

20                               LUCY H. KOH
                                 UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

                                              2