UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SHIRLEY PRUITT, | Case No. 16-CV-02165-LHK |
|---|---|
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

Based on the case management statement, ECF No. 23, the Court proposes the below case schedule. The parties shall file any objections to the below case schedule by Monday, July 25, 2016 at noon.

| Scheduled Event | Date |
|---|---|
| Last Day to Amend the Pleadings/Add Parties | October 14, 2016 |
| Further Case Management Conference | October 19, 2016 at 2:00 p.m. |
| Opening Expert Reports | December 5, 2016 |
| Rebuttal Expert Reports | January 4, 2016 |
| Close of Fact and Expert Discovery | February 24, 2017 |
| Last Day to File Dispositive Motions (one per side in the entire case) | March 30, 2017 |
| Hearing on Dispositive Motions | May 11, 2017 at 1:30 p.m. |

1

Case No. 16-CV-02165-LHK
CASE MANAGEMENT ORDER

| Final Pretrial Conference | June 1, 2017 at 1:30 p.m. |
| --- | --- |
| Jury Trial | June 19, 2017 at 9:00 a.m. |
| Length of Trial | 1 day |

**IT IS SO ORDERED.**

Dated: July 21, 2016

_____
LUCY H. KOH
United States District Judge

2

Case No. 16-CV-02165-LHK
CASE MANAGEMENT ORDER