UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHIRLEY PRUITT,<br><br>               Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>               Defendant. | Case No. 16-CV-02165-LHK<br><br>**CASE MANAGEMENT ORDER** |

The parties filed no objections to the case schedule proposed on July 21, 2016. Accordingly, the Court sets the following case schedule:

| Scheduled Event | Date |
|---|---|
| Last Day to Amend the Pleadings/Add Parties | October 14, 2016 |
| Further Case Management Conference | October 19, 2016 at 2:00 p.m. |
| Opening Expert Reports | December 5, 2016 |
| Rebuttal Expert Reports | January 4, 2016 |
| Close of Fact and Expert Discovery | February 24, 2017 |
| Last Day to File Dispositive Motions (one per side in the entire case) | March 30, 2017 |
| Hearing on Dispositive Motions | May 11, 2017 at 1:30 p.m. |

1

Case No. 16-CV-02165-LHK
CASE MANAGEMENT ORDER

| Final Pretrial Conference | June 1, 2017 at 1:30 p.m. |
|---|---|
| Jury Trial | June 19, 2017 at 9:00 a.m. |
| Length of Trial | 1 day |

The case management conference set for July 27, 2016, at 2:00 p.m. is VACATED.

**IT IS SO ORDERED.**

Dated: July 25, 2016

*Lucy H. Koh*
LUCY H. KOH
United States District Judge