```
Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299
```

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| SHIRLEY PRUITT,<br><br>   Plaintiff,<br><br>  vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>   Defendants. | Federal Case No.: 5:16-CV-02165-LHK<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; [~~PROPOSED~~] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   IT IS HEREBY STIPULATED by and between plaintiff Shirley Pruitt and defendant Experian Information Solutions, Inc. ("Experian"), that Experian be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//
//

DATED: December 22, 2016     Sagaria Law, P.C.

By: _____/s/ Elliot W. Gale_____
      Elliot W. Gale
Attorneys for Plaintiff
Shirley Pruitt

DATED: December 22, 2016     Jones Day

By: _____/s/ Kelsey Israel-Trummel_____
      Kelsey Israel-Trummel
Attorneys for Defendant
Experian Information Solutions, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Kelsey Israel-Trummel has concurred in this filing.

/s/ Elliot Gale

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Experian is dismissed with prejudice, and each party shall bear its own attorneys' fees and costs. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: January 4, 2017

_____*Lucy H. Koh*_____
LUCY H. KOH
UNITED STATES DISTRICT JUDGE